1

2

3

4

5

6
               IN THE UNITED STATES DISTRICT COURT

7
                FOR THE DISTRICT OF ARIZONA

8
Brian Allen Barone,          )
                           )

9
             Plaintiff,  )
                           )

10
         v.         )  CIV 03-608 PHX PGR (VAM)
                           )

11
Benie Rollins, et al.,    )  REPORT AND RECOMMENDATION
                           )

12
             Defendant(s).)

13
TO THE HONORABLE PAUL G. ROSENBLATT, UNITED STATES DISTRICT JUDGE.

14
    On July 29, 2003, plaintiff filed his Third Amended Complaint

15
(Doc. 13) which was ordered to be served on defendants Hays, Hart,

16
Peek (later identified as Peck) and O'Rear (Doc. 14).  Summary

17
Judgment was granted in favor of defendant O'Rear (Doc. 58) and

18
defendants Hays, Hart and Peck have never been served.  In an

19
Order filed May 23, 2005, plaintiff was given until June 3, 2005

20
to show cause why this case should not be dismissed for inability

21
to serve defendants Hays and Hart.  Plaintiff has not responded to

22
this Order.

23
    On June 1, 2005, the last known home address for defendant

24
Peck was provided to the Court under seal (Doc. 61).  On June 17,

25
2005, service was returned unexecuted for defendant Peck (Doc.

26
62).  All attempts to serve defendant Peck have been exhausted.

27
    **IT IS THEREFORE RECOMMENDED** that defendants Hart, Hays and

28
Peck be dismissed without prejudice for plaintiff's failure to

1   serve these defendants.

2       This recommendation is not an order that is immediately

3   appealable to the Ninth Circuit Court of Appeals.  Any notice of

4   appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate

5   Procedure, should not be filed until entry of the district court's

6   judgment.  The parties shall have ten (10) days from the date of

7   service of a copy of this recommendation within which to file

8   specific written objections with the Court.  Thereafter, the

9   parties have ten (10) days within which to file a response to the

10  objections.  Failure to timely file objections to any factual

11  determinations of the Magistrate Judge will be considered a waiver

12  of a party's right to de novo consideration of the factual issues

13  and will constitute a waiver of a party's right to appellate

14  review of the findings of fact in an order or judgment entered

15  pursuant to the Magistrate Judge's recommendation.

16      DATED this 26th day of September, 2005.

_Virginia A. Mathis_
Virginia A. Mathis
United States Magistrate Judge

2