**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Allen Barone,            )<br>                                )<br>     Plaintiff,                )   No. CV 03-0608-PHX-PGR (VAM)<br>                                )<br>     v.                         )   **ORDER**<br>                                )<br>Bennie Rollins, et al.,         )<br>                                )<br>     Defendant(s).              )<br>_____)| |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Mathis, entered on September 26, 2005, and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 64)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Defendants Hart, Hays and Peck be dismissed without prejudice for plaintiff's failure to serve these defendants.

DATED this 25th day of October, 2005.

Paul G. Rosenblatt
United States District Judge